IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:19-cr-124-LO |
| ) | |
| HYDRO EXTRUSION USA, LLC, ) | |
| f/k/a Sapa Extrusions, Inc., ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the United States' unopposed motion to dismiss the above-captioned case pursuant to Fed. R. Crim. P. 48(a). Having considered this request, and for good cause,

It is hereby ORDERED that the government's unopposed motion to dismiss is granted, and the criminal information in the above-captioned case is hereby dismissed with prejudice.

October 23, 2022
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge